Russell Torralba
8486 Harlow Terrace
San Diego, California 92126
Phone: (858) 201-8047

Defendant, In Pro Se

FILED
'10 MAY 21 AM 9: 16
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA NATIONAL ASSOCIATION<br><br>Plaintiff<br>vs.<br><br>RUSSELL TORRALBA, and DOES 1 through 6, INCLUSIVE<br><br>Defendants | Case No. '10 CV 1107 JLS BGS<br><br>NOTICE OF REMOVAL<br><br>[28 U.S.C. § 1446]<br><br>JURY REQUESTED |

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA; TO THE HONORABLE JUDGE OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO, and to Plaintiff, BANK OF AMERICA, NATIONAL ASSOCIATION.

Defendant, RUSSELL TORRALBA, hereby provides Notice of Removal of case No. 2010-00042071-CL- UD CTL from the Superior Court of the County of San Diego, to the United States District Court Southern District of California. This removal is based on the following grounds:

On January 06, 2010 an action was commenced by Plaintiff BANK OF AMERICA N.A. against Defendant RUSSELL TORRALBA in the Superior Court of the State of California in and for the County of San Diego entitled *Bank of America National Association vs. Torralba, and Does 1-5 Inclusive* bearing San Diego County Superior Court Case No. 37-2010-00042071-CL-UD-CTL, regarding real property situated in the State of California (A true copy of the complaint is attached hereto as "Exhibit A" and made a part of this pleading.)

Contained in Plaintiffs complaint is a verification, signed by the attorney for Plaintiff, namely David Endres, stating that his client was absent from the County of San Diego and unable to verify the pleading.

Defendant is informed and believes that the headquarters of Plaintiff Bank of America N.A. is located in the State of North Carolina. Defendant Russell Torralba is domiciled in the State of California, and the real property subject to the proceeding is situated in the State of California.

By reason of the foregoing, the above described action is a civil action which may be removed to the United States District Court by Defendant Torralba pursuant to the provisions of 28 U.S.C. § 1441(a) and 28 U.S.C. § 1332, because this is between citizens of different states and whereas, the amount of damages which would be sustained by Defendant would exceed $75,000.00 exclusive of interest and costs.

On the date specified below, a copy of this notice is being served on Plaintiffs attorney and a copy of this notice is being filed with the clerk of the Superior Court of the State of California, in and for the County of San Diego.

Respectfully submitted by:

Date: 5-19-10.

Russell Torralba
Defendant, In Pro Se

EXHIBIT "A"

FILED
CIVIL BUSINESS OFFICE 1
CENTRAL DIVISION

2010 JAN -6 PM 3:05

CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

DAVID R. ENDRES, APC (CA Bar No. 123564)
THE ENDRES LAW FIRM
A PROFESSIONAL CORPORATION
2121 2nd STREET, SUITE C105
DAVIS, CA 95618
TELEPHONE: 530-750-3700
FACSIMILE: 530-750-3366
dendres@dre-apc.com

Attorney for Plaintiff
BANK OF AMERICA, NATIONAL ASSOCIATION

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN DIEGO

CENTRAL DIVISION

LIMITED CIVIL CASE

| | |
|---|---|
| BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>RUSSEL TORRALBA, and DOES 1-5,<br><br>Defendants. | Case No. 37-2010-00042071-CL-UD-CTL<br><br>VERIFIED COMPLAINT FOR UNLAWFUL DETAINER<br><br>AMOUNT DEMANDED DOES NOT EXCEED $10,000 |

Plaintiff alleges:

1. Plaintiff is a national banking association, duly chartered by the United States of America, with its principal offices located in the City of Charlotte, County of Mecklenburg, State of North Carolina, and is and was at all times mentioned herein qualified to do business in California.

2. The real property, possession of which is sought in this action, is situated in San Diego County, California, in the above-named judicial district, and is commonly described as: 8486 Harlow Terrace, San Diego, California 92126. Assessor's Parcel Number 309-281-11-00 ("the Property").

3. The true names and capacities of Does 1 through 5, inclusive, are presently

unknown to plaintiff, who therefore sues such defendants under such fictitious names pursuant to Section 474 of the California Code of Civil procedure. Plaintiff is informed and believes, and on such information and belief alleges, that each such "Doe" defendant is in possession of the Property, without the permission or consent of plaintiff, and plaintiff will amend this complaint to state the true names and capacities of said defendants when the same have been ascertained.

4. On August 25, 2009, the Property was sold to plaintiff in accordance with Civil Code Sections 2923.5 and 2924 *et seq.* under a power of sale contained in a Deed of Trust dated September 1, 2004, executed by RUSSEL TORRALBA, as trustor(s). Plaintiff's title pursuant to the sale has been duly perfected and a Trustee's Deed conveying title to plaintiff has been duly recorded in the county where the Property is situated. A copy of said Trustee's Deed is attached hereto, marked as Exhibit "A", and incorporated herein by this reference.

5. Plaintiff is the owner of, and entitled to immediate possession of the property.

6. On December 30, 2009, in the manner provided by law, plaintiff caused to be served on defendant a written notice requiring defendants to vacate and deliver up possession of the Property to plaintiff within 3 days after service of said notice. A copy of said Notice is attached hereto, marked as Exhibit "B", and made a part hereof. The Notice was served in the manner provided by law and as more particularly described in the attached Proof of Service, marked as Exhibit "C", which is incorporated herein by this reference.

7. More than 3 days have elapsed since the service of said Notice, but defendants have failed and refused to deliver up possession of the Property.

8. Defendants continue in possession of the Property without plaintiff's permission or consent.

9. The reasonable value for the use and occupancy of the Property is the sum of $60.00 per day, and damages to plaintiff caused by defendants' unlawful detention thereof have accrued at said rate since January 4, 2010, and will continue to accrue at said rate so long as defendants remain in possession of the Property.

10. Pursuant to California Evidence Code Section 453, Plaintiff states that at the time of trial it will request judicial notice be taken of certified copy of the recorded document

referred to in paragraph 4 hereof and all proofs of service then on file herein.

WHEREFORE, plaintiff prays judgment against defendants as follows:

1. For restitution and possession of the Property;

2. For damages in the amount of $60.00 per day from January 4, 2010, and for each day that defendants continue in possession of the Property through the date of entry of judgment; and

3. For costs and for such other and further relief as the court may deem just and proper.

THE ENDRES LAW FIRM

Dated: January 4, 2010

By: ____________________
David R. Endres, APC
Attorney for Plaintiff
BANK OF AMERICA, NATIONAL ASSOCIATION

VERIFICATION

I, the undersigned, declare:

I have read the foregoing Verified Complaint For Unlawful Detainer and know its contents.

I am the attorney or one of the attorneys for BANK OF AMERICA, NATIONAL ASSOCIATION, a party to this action. Such is absent from the county where I or such attorneys have their offices and is unable to verify the document described above. For that reason, I am making this verification for and on behalf of that party. I am informed and believe and on that basis allege that the matters stated in said document are true and correct.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 4th day of January, 2010, at Davis, California.

By: ____________________
David R. Endres, Attorney at Law

Recording Requested By and When Recorded Mail to:
FIRST AMERICAN LOANSTAR TRUSTEE SERVICES
P.O. BOX 961253
Fort Worth, TX 76161
Mail Tax Statements To:
AMERICA'S SERVICING COMPANY
3476 STATEVIEW BLVD., FORECLOSURE MAC # 7801-013
FT. MILL, SC 29715

CERTIFIED BY FIRST AMERICAN TITLE INSURANCE COMPANY TO BE A COPY OF THE DOCUMENT RECORDED ON 08/31/2009 AS INSTRUMENT NO. 2009-0486025 IN BOOK PAGE OFFICIAL RECORDS OF SAN DIEGO

Space above this line for Recorder's use only

APN NO.: 309-281-11-00
TITLE ORDER NO.: 4088293
TS NO.: 20099134002754
LOAN TYPE: Conventional

CALIFORNIA

# TRUSTEE'S DEED UPON SALE

The undersigned grantor declares under penalty of perjury:
1) The grantee herein WAS the foreclosing beneficiary.
2) The amount of the unpaid debt together with costs was......$ 565,271.79
3) The amount paid by the grantee at the trustee sale was...... $ 350,000.00
4) The documentarty transfer tax is......... $ 0.00
5) Said property is INCORPORATED / ~~UNINCORPORATED~~ SAN DIEGO

and FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, (herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without warranty, express or implied to

Bank of America National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for the Structured Asset Securities Corporation Trust 2005-WMC1

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of SAN DIEGO, State of CALIFORNIA, described as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN FOR ALL PURPOSES.

RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated 9/1/2004 and executed by,

RUSSEL TORRALBA,

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
AS AN ACCOMMODATION ONLY



X:\NDTS\CADS_009.RPT



APN NO.: 309-281-11-00
TITLE ORDER NO.: 4083293
TS NO.: 20099134002754
LOAN TYPE: Conventional

CALIFORNIA

# TRUSTEE'S DEED UPON SALE

as Trustor, and recorded 9/7/2004, as Instrument No. 2004-0850071, in Book , Page of Official Records of SAN DIEGO County, CALIFORNIA, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the office of the Recorded of said County.

All requirements of law and the applicable Deed of Trust, including, but not limited to those enumerated by Civil Code 2924 et. seq, regarding the mailing, publication, personal delivery and posting of the Notice of Default and Notice of Sale, as respectively appropriate, have been met.

Said property was sold by said Trustee at public auction on 8/25/2009 at the place named in the Notice of Sale, in the County of SAN DIEGO CALIFORNIA, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount of **$350,000.00** in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

# EXHIBIT A

## LEGAL DESCRIPTION

LOT 161 OF MIRA MESA NORTH UNIT NO. 2, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 7949, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, MARCH 31, 1974.

Date : AUG 2 6 2009

First American Loanstar Trustee Services

By : ______________________

Robert Bourne, Trustee Officer

State of Texas
County of Tarrant

Before me Bruce Cocklin , on this day personally appeared Robert Bourne, known to me to be the person whose name is subscribed to therefore going instrument and acknowledged to me that this person executed the same for the purposes and considerations therein expressed.

Given under my hand and seal of office this day of AUG 2 6 2009

Witness my hand and official seal

Signature : ______________________

BRUCE COCKLIN
Notary Public, State of Texas
My Commission Expires
March 18, 2010

NOTICE TO OCCUPANT(S) TO VACATE PREMISES

Located At:

8486 HARLOW TERRACE
SAN DIEGO, CA 92126

TO RUSSEL TORRALBA, AND ALL PERSONS WHO ARE IN THE POSSESSION OF AND OCCUPY THE REAL PROPERTY AT THE ABOVE ADDRESS:

**YOU ARE HEREBY NOTIFIED** that your right to occupy the real property at the above address has been terminated as the result of the sale of said property by the Trustee under a power of sale contained in a Deed of Trust which appeared of record against said property.

You are required to quit and deliver up possession of the above real property to the undersigned, as agent for the owner, within the notice period specified below. In the event you fail to do so you will be deemed to be unlawfully detaining the premises, which will result in commencement of court proceedings against you by the owner to recover possession of the premises, together with court costs and the reasonable rental value of the property for each day of your continued occupancy thereof.

NOTICE

To avoid a lawsuit and the associated expense, it is necessary for you to vacate the above property within THREE (3) Days after service upon you of this Notice, unless (1) you obtained possession of the property as a "tenant or subtenant" under a "lease or rental agreement" as those terms are used in California Code of Civil Procedure section 1161b, in which event it will be necessary for you to vacate the premises within SIXTY (60) DAYS after service upon you of this Notice; or (2) you obtained possession of the property as a "bona fide tenant" under a "bona fide lease" as those terms are used in the Protecting Tenants at Foreclosure Act of 2009, in which event it will be necessary for you to vacate the premises within NINETY (90) days after service upon you of this Notice; or (3) you obtained possession of the property as a Section 8 tenant, in which event it will be necessary for you to vacate the premises within NINETY (90) days after service upon you of this Notice.

You must contact the undersigned by telephone within 72 HOURS in the event you occupy the property as a tenant or subtenant, and be able to provide proof of tenancy or subtenancy.

This Notice is authorized pursuant to the provisions of Section 1161a(b)(3) of the California Code of Civil Procedure.

DATED: 12/29/2009

Authorized Agent For Owner:
THE ENDRES LAW FIRM

David R. Endres, APC
(530) 601-5166

CaseID 104682



# PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:
Notice to Occupant(s) to Vacate Premises

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME: RUSSEL TORRALBA
ADDRESS: 8486 HARLOW Terrace, SAN DIEGO, CA 92126

[ ] 1. PERSONAL SERVICE — By delivering a copy of the Notice(s) to each of the above personally:
(1) on:
(2) at:

[ X ] 2. CONSTRUCTIVE SERVICE — After due and diligent effort, by service of said Notice(s) as authorized by C.C.P. Section 1162 (2,3) on each of the above named parties in the manner set forth below:

[ X ] By posting a copy for each of the above named parties on 12/30/2009 at 7:16 AM in a conspicuous place on the property;

[ X ] and thereafter mailing a copy to each said party by depositing said copies in the United States mail on (date): December 30th, 2009, from (city): SAN DIEGO, CA, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated or,

[ ] a declaration of mailing is attached.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Person who served papers
a. Name: Jerald Gregg
b. Address: 2900 Fourth Avenue, Ste #206, SAN DIEGO, CA 92103
c. Telephone number: 619-232-1920
d. The fee for service was: $89.50
e. I am:
(1) [ ] not a registered California process server.
(2) [ ] exempt from registration under Business and Professions Code section 22350(b).
(3) [ X ] registered California process server:

(i) [ ] owner [ ] employee [ X ] independent contractor
(ii) [ X ] Registration No.: 877
(iii) [ X ] County: San Diego

[ X ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
or
[ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 12/30/2009

Jerald Gregg
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

PROOF OF SERVICE



Order No. 6176945 SEA FIL

Exhibit C

# PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:
Notice to Occupant(s) to Vacate Premises

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME: ALL PERSONS IN POSSESSION, C/O RUSSEL TORRALBA
ADDRESS: 8486 HARLOW Terrace, SAN DIEGO, CA 92126

[ ] 1. PERSONAL SERVICE — By delivering a copy of the Notice(s) to each of the above personally:
(1) on:
(2) at:

[ X ] 2. CONSTRUCTIVE SERVICE — After due and diligent effort, by service of said Notice(s) as authorized by C.C.P. Section 1162 (2,3) on each of the above named parties in the manner set forth below:

[ X ] By posting a copy for each of the above named parties on 12/30/2009 at 7:16 AM in a conspicuous place on the property;

[ X ] and thereafter mailing a copy to each said party by depositing said copies in the United States mail on (date): December 30th, 2009, from (city): SAN DIEGO, CA, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated or,

[ ] a declaration of mailing is attached.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Person who served papers
a. Name: Jerald Gregg
b. Address: 2900 Fourth Avenue, Ste #206, SAN DIEGO, CA 92103
c. Telephone number: 619-232-1920
d. The fee for service was: $
e. I am:
(1) [ ] not a registered California process server.
(2) [ ] exempt from registration under Business and Professions Code section 22350(b).
(3) [ X ] registered California process server:

(i) [ ] owner [ ] employee [ X ] independent contractor
(ii) [ X ] Registration No.: 377
(iii) [ X ] County: San Diego

[ X ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
or
[ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 12/30/2009

Jerald Gregg
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)



Order No. 6176945 SEA FIL

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

BANK OF AMERICA NATIONAL ASSOCIATION

**(b)** County of Residence of First Listed Plaintiff CHARLOTTE N.C.
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

**DEFENDANTS**

RUSSELL TORRALBA

10 MAY 21 AM 9:16

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

U.S. DISTRICT COURT ... CALIFORNIA ... DEPUTY

Attorneys (If Known)

'10 CV 1107 JLS BGS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☒ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

**Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding ☒ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**): 15 USC 1692

Brief description of cause: FEDERAL TRUTH IN LENDING

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE DOCKET NUMBER

DATE 05/20/2010 SIGNATURE OF ATTORNEY OF RECORD Russell Torralba

**FOR OFFICE USE ONLY**

RECEIPT # 13797 AMOUNT $350 — APPLYING IFP JUDGE MAG. JUDGE

05-21-10

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS013797
Cashier ID: mbain
Transaction Date: 05/21/2010
Payer Name: BANK OF AMERICA V TORRALBA

---

CIVIL FILING FEE
For: BANK OF AMERICA V TORRALBA
Case/Party: D-CAS-3-10-CV-001107-001
Amount: $350.00

---

CASH
Amt Tendered: $350.00

---

Total Due: $350.00
Total Tendered: $350.00
Change Amt: $0.00

There will be a fee of $45.00 charged for any returned check.