UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR 08 2011
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

BANK OF AMERICA NATIONAL ASSOCIATION,

        Plaintiff,

vs.

RUSSELL TORRALBA,

        Defendant.

CASE NO. 10CV1107-JLS

JUDGMENT AND DISMISSAL BY COURT UNDER Local Cv Rule 41.1 FOR WANT OF PROSECUTION

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Local Cv Rule 41.1, and it appearing to the court that this action has been pending in this court for more than six months without any proceeding having been taken therein during such period, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed, without prejudice, for want of prosecution.

DATED: APRIL 7, 2011

                                    JANIS L. SAMMARTINO
                                    UNITED STATES DISTRICT JUDGE

                                ENTERED ON _____